# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOTTE KASSIES,

      Petitioners,

      v.

CHILD AND FAMILY SERVICES OF SAN BERNARDINO,

      Respondent.

Case No. 5:25-cv-00051-VBF-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court also reviewed the portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that: (1) all outstanding motions are denied as moot and (2) that Judgment be entered denying the petition and dismissing this action without prejudice and without leave to amend.

Date:  March 31, 2026          _____

                                   HON. VALERIE BAKER FAIRBANK
                                      SENIOR U.S. DISTRICT JUDGE