JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOTTE KASSIES,

        Petitioner,

        v.

CHILD AND FAMILY SERVICES
OF SAN BERNARDINO,

        Respondent.

Case No. 5:25-cv-00051-VBF-MBK

JUDGMENT

IT IS ADJUDGED that the petition is DENIED and this action is dismissed without prejudice and without leave to amend.

Date:  March 31, 2026

_____

HON. VALERIE BAKER FAIRBANK
SENIOR U.S. DISTRICT JUDGE